ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>T.H. VICTORIA STORES, LLC, a limited liability company<br><br>　　　　Defendants. | Case No.: 2:22-cv-08166-JFW-JPR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[Assigned to Hon. John F. Walter] |

**PLEASE TAKE NOTICE** that Plaintiff John Ho ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant TH VICTORIA STORES, LLC, a limited liability company ("Defendant") has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: January 2, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**2:22-CV-08166-JFW-JPR**